## 28311.   THIGPEN v. THE STATE.

GARDNER, J.   The rulings of the court show no reversible error.   The evidence supports the verdict.   The court did not err in overruling the motion for new trial.

*Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 18, 1940.

*Charles G. Reynolds,* for plaintiff in error.
*W. G. Neville, solicitor-general, D. A. Bragg,* contra.

## 28324.   MEEKS v. THE STATE.

MACINTYRE, J.   There is no merit in any of the special grounds of the motion for new trial.   The evidence supports the verdict, which has the approval of the trial judge.   No error of law was committed, and the motion for new trial was properly overruled.

*Judgment affirmed.   Broyles, C. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 18, 1940.

*Alonzo H. Woods, F. L. Clements,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.

## 28370.   MORELAND v. THE STATE.

MACINTYRE, J.   John Moreland was convicted of operating a lottery, and his motion for new trial embraced the general grounds only.   The evidence connecting him with the offense charged, while wholly circumstantial, was sufficient to authorize the jury to find that it excluded every reasonable hypothesis except that of his guilt.   The certiorari was properly overruled.

*Judgment affirmed.   Broyles, C. J., and Gardner, J., concur.*

DECIDED SEPTEMBER 18, 1940.

*F. Lee Evans, Rupert L. Murphy,* for plaintiff in error.
*John A. Boykin, solicitor-general, Bond Almand, solicitor, J. W. LeCraw,* contra.